IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| JESSE APUAURO MAUGA, JR.<br><br>    Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Criminal No. 12-00237-HG-01<br>Civil No. 15-00213-HG-KSC |

**ORDER VACATING AND REENTERING JUDGMENT, PURSUANT TO PETITIONER JESSE APUARO MAUGA, JR.'S 28 U.S.C. § 2255 MOTION (ECF NO. 333)**

On June 5, 2015, Petitioner Jesse Apuauro Mauga, Jr. filed a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255. ("2255 Motion").  (ECF No. 333).  The 2255 Motion argued Petitioner's attorney provided ineffective assistance of counsel by failing to file a notice of appeal.

In the Court's September 30, 2015 Order, the Court asked the United States to decide whether it (1) sought an evidentiary hearing, or (2) did not oppose Petitioner Mauga's 2255 Motion and agreed to an appeal.  (ECF No. 340).  On October 8, 2015, the United States indicated it did not oppose Petitioner's 2255 Motion, and agreed to an appeal.  (ECF No. 341).

Pursuant to the Ninth Circuit Court of Appeals's decision in

1

United States v. Sandoval-Lopez, 409 F.3d 1193, 1198 (9th Cir. 2005), the Court assumes without deciding that Petitioner requested an appeal that was not made, and therefore vacates and reenters the Judgment, allowing Petitioner's appeal to proceed. Id.

**CONCLUSION**

Petitioner's Motion, pursuant to 28 U.S.C. § 2255, (ECF No. 333), is **GRANTED.**

Petitioner's June 4, 2014 Judgment, (ECF No. 308), is **VACATED** and is **REENTERED** on its same terms and conditions.  For the purposes of Fed. R. App. P. 4(b)(1)(A), Petitioner's Judgment shall be deemed to be reentered as of the date this Order is filed.

The Clerk of Court shall enter judgment accordingly and terminate Civil No. 15-00213-HG-KSC.

IT IS SO ORDERED.

DATED: October 13, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge

Jesse Apuauro Mauga, Jr. v. United States of America; Criminal. No. 12-00237-HG-01; Civil. No. 15-00213-HG-KSC; **ORDER VACATING AND REENTERING JUDGMENT, PURSUANT TO PETITIONER JESSE APUARO MAUGA, JR.'S 28 U.S.C. § 2255 MOTION (ECF NO. 333)**